UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO.: 8:22-cv-45

ECLIPSE SPORTSWIRE,

    Plaintiff,

v.

GDC AMERICA, INC. FKA KAX MEDIA AMERICA, INC.,

    Defendant.

**COMPLAINT FOR COPYRIGHT INFRINGEMENT**
**(INJUNCTIVE RELIEF DEMANDED)**

Plaintiff ECLIPSE SPORTSWIRE by and through its undersigned counsel, brings this Complaint against Defendant GDC AMERICA, INC. FKA KAX MEDIA AMERICA, INC. for damages and injunctive relief, and in support thereof states as follows:

**SUMMARY OF THE ACTION**

1. Plaintiff ECLIPSE SPORTSWIRE ("Eclipse") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Eclipse's original copyrighted Work of authorship.

2. Eclipse is known for their worldwide cover of editorial photography, in sports mainly specializing in horses. Since 2009, Eclipse has photographed in every major thoroughbred horse race across the United States. Eclipse has also covered

other major photography events, such as the Rolex Championship. Eclipse has received numerous awards for their unique photo captures, such as winning first place in the 2010 Equine Ideal Photo Contest, second place in the 2010 Thoroughbred Blogger's Alliance, and received the 2009 Jerry Frutkoff Preakness award etc. Eclipse has also been featured in/on major name magazines including but not limited to, Sports Illustrated, Chronical of the Horse, and Speechless Times.

3. Defendant GDC AMERICA, INC. FKA KAX MEDIA AMERICA, INC. ("GDC") is an online sports betting website that provides betting tips, odds comparisons, and expert tips. At all times relevant herein, GDC owned and operated the internet website located at the URL www.bookies.com (the "Website").

4. Eclipse alleges that GDC copied Eclipse's copyrighted Work from the internet in order to advertise, market and promote its business activities. GDC committed the violations alleged in connection with GDC's business for purposes of advertising and promoting sales to the public in the course and scope of the GDC's business.

## JURISDICTION AND VENUE

5. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

6. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

7. Defendant is subject to personal jurisdiction in Florida.

8. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district,

Defendant engaged in infringement in this district, Defendant resides in this district, and Defendant is subject to personal jurisdiction in this district.

## DEFENDANT

9. GDC AMERICA, INC. fka KAX Media America, Inc. d/b/a Bookies.com is a Corporation, with its principal place of business at 514 N Franklin St., Tampa, FL 33602, and can be served by serving its Registered Agent, Hutchinson PLLC, LLC, 101 SE 2nd PL, #E201D, Gainesville, FL 32601.

## THE COPYRIGHTED WORK AT ISSUE

10. In 2019, Eclipse created the photograph entitled "copyright_5-15-19_0569", which is shown below and referred to herein as the "Work".



11. Eclipse registered the Work with the Register of Copyrights on July 2, 2019 and was assigned the registration number VA 2-158-371. The Certificate of Registration is attached hereto as Exhibit 1.

12. Eclipse's Work is protected by copyright but is not otherwise confidential, proprietary, or trade secrets.

13. At all relevant times Eclipse was the owner of the copyrighted Work at issue in this case.

**INFRINGEMENT BY DEFENDANT**

14. GDC has never been licensed to use the Work at issue in this action for any purpose.

15. On a date after the Work at issue in this action was created, but prior to the filing of this action, GDC copied the Work.

16. On or about November 14, 2020, Eclipse discovered the unauthorized use of its Work on the Website.

17. GDC copied Eclipse's copyrighted Work without Eclipse's permission.

18. After GDC copied the Work, it made further copies and distributed the Work on the internet to promote the sale of goods and services as part of its sports betting website.

19. GDC copied and distributed Eclipse's copyrighted Work in connection with GDC's business for purposes of advertising and promoting GDC's business, and in the course and scope of advertising and selling products and services.

20. Eclipse's Works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

21. GDC committed copyright infringement of the Work as evidenced by the documents attached hereto as Exhibit 2.

22. Eclipse never gave GDC permission or authority to copy, distribute or display the Work at issue in this case.

23. Eclipse notified GDC of the allegations set forth herein on April 12, 2021 and .  To date, the parties have failed to resolve this matter.  Copies of the Notices to GDC are attached hereto as Exhibit 3.

COUNT I
**COPYRIGHT INFRINGEMENT**

24. Eclipse incorporates the allegations of paragraphs 1 through 23 of this Complaint as if fully set forth herein.

25. Eclipse owns a valid copyright in the Work at issue in this case.

26. Eclipse registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

27. GDC copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Eclipse's authorization in violation of 17 U.S.C. § 501.

28. GDC performed the acts alleged in the course and scope of its business activities.

29. GDC's acts were willful.

30. Eclipse has been damaged.

31. The harm caused to Eclipse has been irreparable.

WHEREFORE, the Plaintiff Eclipse Sportswire prays for judgment against the Defendant GDC AMERICA, INC. fka KAX Media America, Inc. that:

    a.    Defendant and its officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

    b.    Defendant be required to pay Plaintiff its actual damages and GDC's profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

    c.    Plaintiff be awarded its attorneys' fees and costs of suit under the applicable statutes sued upon;

    d.    Plaintiff be awarded pre- and post-judgment interest; and

    e.    Plaintiff be awarded such other and further relief as the Court deems just and proper.

## JURY DEMAND

Plaintiff hereby demands a trial by jury of all issues so triable.

DATED: January 5, 2022        Respectfully submitted,

*/s/ Angela M. Nieves*
JOEL B. ROTHMAN
Florida Bar Number: 98220
joel.rothman@sriplaw.com
CRAIG A. WIRTH
Florida Bar Number: 125322
craig.wirth@sriplaw.com
ANGELA M. NIEVES
Florida Bar Number: 1032760
angela.nieves@sriplaw.com

**SRIPLAW**

21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Counsel for Plaintiff Eclipse Sportswire*